UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232 CR-HURLEY

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

MAGISTRATE JUDGE
VITUNAC

UNITED STATES OF AMERICA,

v.

WELDON BELIDOR,
   a/k/a "Weldon Blanca,"

        Defendant.
_____/



INDICTMENT

The Grand Jury charges that:

COUNT I

On or about August 9, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

WELDON BELIDOR,
a/k/a "Weldon Blanca,"

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about August 9, 2000, in Broward County, in the Southern District of Florida, the defendant,

WELDON BELIDOR,
a/k/a "Weldon Blanca,"

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, at least fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*Guy A. Lewis*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.** _____

v.

**CERTIFICATE OF TRIAL ATTORNEY***

WELDON BELIDOR

**Superseding Case Information**:

**Court Division**: (Select One)

____ Miami    ____ Key West
_X__ FTL      ____ WPB    ____ FTP

New Defendant(s)      Yes ____   No ____
Number of New Defendants  ____
Total number of counts   ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _NO_____
   List language and/or dialect _____

4. This case will take  _2__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days         _X_____      Petty      _____
   II   6 to 10 days        _____      Minor      _____
   III  11 to 20 days       _____      Misdem.    _____
   IV   21 to 60 days       _____      Felony     _X_____
   V    61 days and over    _____

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                        REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __WELDON BELIDOR__          No.:_____

Magistrate Case No.:

**Count #:1**
Conspiracy to Possess with Intent to Distribute Cocaine base

Title 21, United States Code, Sections 841 and 846

*Max. Penalty: 10 Years' Mandatory Minimum, Maximum of Life Imprisonment; and a $4,000,000 fine

**Count #: 2**
Attempted Possession of Cocaine base with Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: 10 Years' Mandatory Minimum, Maximum of Life Imprisonment; and a $4,000,000 fine

**Count #: 3**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96