# United States District Court

__SOUTHERN__ . DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

WELDON BELIDOR

**WARRANT FOR ARREST**

CASE NUMBER **00-6232**

CR - HURLEY

MAGISTRATE JUDGE VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WELDON BELIDOR__
Name

FILED by
Clarence Maddox
AUG 17 2000
CLARENCE MADDOX
S.D. CLERK U.S. DIST. CT.
FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment  |   | Information  |   | Complaint  |   | Order of court  |   | Violation Notice  |   | Probation Violation Petition

**charging him or her with** (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE AND POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE.

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_/s/ Jenny Butler_
Issuing Officer

__August 17, 2000__          __Fort Lauderdale, Florida__
Date and Location

Bail fixed at $ __PRETRIAL DETENTION Requested__ by

**LURANA S. SNOW**
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |  |  |

2 pb

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____
ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS:  FBI , 16320 NW 2ND AVE., N. MIAMI, FL 33169