U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DFT: Weldon Belidor (J)#　　　　　　　　CASE NO: 00-6232-CR-Hurley
USA: Roger Powell *present*　　　　　　ATTNY: Robin Farnsworth
AGENT: _____　　　　VIOL: _____
PROCEEDING: Initial Appearance　　　　BOND REC: _____
BOND HEARING HELD - yes/no　　　　　　COUNSEL APPOINTED: APD
___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House  ____ Electronic Monitoring

Δ-advised of charge,
Δ-sworn for counsel

FILED by ___ D.C.
AUG 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:　DATE:　TIME:　JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: 9-7-00　9:30am　WPB/JEL
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 9-29-00　10:00am　WPB/LRJ

DATE: 8-30-00　TIME: 11:00am　TAPE #00-069　PG #

1500 - 178