

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6232-CR-Hurley

UNITED STATES OF AMERICA

vs

Weldon Belidor

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-30-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/~~retained~~ counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:  Address: In Custody

Telephone: _____

DEFENSE COUNSEL: Name: FPD

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ PTD Requested

Bond hearing held: yes ___ no X  Bond hearing set for 9-7-00

Dated this 30 day of August, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____ (signature)
Deputy Clerk

Tape No. 00-069

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services