

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-CR-HURLEY(S)
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

UNITED STATES OF AMERICA,

v.

WELDON BELIDOR,
   a/k/a "Weldon Blanca,"

                      Defendant.
_____/



## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about August 9, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

WELDON BELIDOR,
a/k/a "Weldon Blanca,"

did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about August 9, 2000, in Broward County, in the Southern District of Florida, the defendant,

**WELDON BELIDOR,**
a/k/a "Weldon Blanca,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least five (5) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT III

On or about August 9, 2000, in Broward County, in the Southern District of Florida, the defendant,

**WELDON BELIDOR,**
a/k/a "Weldon Blanca,"

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21,

United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY

Case 0:00-cr-06232-DTKH   Document 8   Entered on FLSD Docket 09/01/2000   Page 3 of 6

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __WELDON BELIDOR__   No.: __00-6232-CR-HURLEY(S)__

Magistrate Case No.:

**Count #:1**
Conspiracy to Possess with Intent to Distribute Cocaine base

Title 21, United States Code, Sections 841 and 846

*Max. Penalty: 5 Years' Mandatory Minimum, Maximum of 40 years' imprisonment; and a $2,000,000 fine

**Count #: 2**
Possession of Cocaine base with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 5 years' Mandatory Minimum, Maximum of 40 years' imprisonment; and a $2,000,000 fine

**Count #: 3**
Possession of Cocaine with Intent to Distribute

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: Up to 20 years' Imprisonment; and a $1,000,000 fine

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**          CASE NO.   __00-6232-CR-HURLEY(S)__

v.                                    **CERTIFICATE OF TRIAL ATTORNEY*  **

WELDON BELIDOR                        **Superseding Case Information:**

**Court Division:** (Select One)      New Defendant(s)        Yes ___   No _X_
                                      Number of New Defendants   _0_
___ Miami  ___ Key West               Total number of counts     _3_
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I     0 to 5 days       _X_          Petty     ___
   II    6 to 10 days      ___          Minor     ___
   III   11 to 20 days     ___          Misdem.   ___
   IV    21 to 60 days     ___          Felony    _X_
   V     61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _YES_
   If yes:
   Judge: _HURLEY_          Case No. _00-6232-CR-HURLEY_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

/s/ Roger W. Powell
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                            REV.6/27/00

No. 04306

# UNITED STATES DISTRICT COURT

**Southern District of Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

WELDON BELIDOR

## INDICTMENT

21 USC §846
21 USC § 841(a)(1)
18 USC § 2

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19 ___

_____
Clerk

Bail, $ _____