# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 09/07/2000   TIME: 9:30 AM

DEFT. WELDON, BELIDOR (J)   CASE NO. 00-6232-CR-HURLEY/VITUNAC (s)

AUSA. *Kerry Baron* / ROGER POWELL   ATTY. *Robert Adler* / FEDERAL PUBLIC DEFENDER

AGENT. _____   VIOL. 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT ON S/INDICTMENT AND DETENTION HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION: Arraignment & Detention held

Deft present with counsel

S/Indictment read to deft & pleads not guilty

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested / signed & distributed

Status/Disc. set for Tuesday, 10-10-00 @ 9:30 AM before Judge Vitunac.

Govt. Proffers Evidence

Witness: Gregory McDermott - S/A FBI - sworn/test.

Deft remains detained

Written Order To follow

DATE: 9-7-00   TAPE: AEV 00-61-570