UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6232-CR-HURLEY/VITUNAC (s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WELDON BELIDOR,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on <u>SEPTEMBER 7, 2000</u>, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**   Address: <u>IN CUSTODY</u>

Telephone no.: _____

**DEFENSE COUNSEL:**   Name: <u>FEDERAL PUBLIC DEFENDER</u>

Address: <u>WEST PALM BEACH, FLORIDA</u>

Telephone no.: <u>(561) 833-6288</u>

BOND/SET/CONTINUED: $ <u>PRETRIAL DETENTION</u>

//////PTD hrg held: YES <u>X</u>   NO___   BOND/PTD hrg set for_____

Dated this __7__ day of ___SEPTEMBER___, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service