UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6232-Cr-Hurley

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WELDON BELIDOR,

        Defendant.
_____/

### **PRETRIAL DETENTION ORDER**

This Court, pursuant to 18 U.S.C. § 3142, commonly known as the Bail Reform Act of 1984, hereby **ORDERS** the defendant, WELDON BELIDOR, **DETAINED** pursuant to the provisions of §§ (e) and (f).

The Court finds that no conditions or combinations of conditions will reasonably assure the appearance of the defendant as required and the safety of any other person and the community in that there is a serious risk that the defendant will flee and/or pose a danger to any other person and the community. The Court also makes the following findings of fact with respect to this Order for Detention:

    (a)    The nature and circumstances of the offense charged, including whether the offense is a crime of violence or involves a narcotic drug.

On August 31, 2000, Defendant was charged by Superseding Indictment with three counts of possession with the intent to distribute crack cocaine in violation of 21 U.S.C. §841(a)(1). If convicted, Defendant may be sentenced from a five (5) year mandatory minimum to a maximum of forty (40) years and a $2,000,000 fine as to the first two counts. As to the third count, Defendant may be sentenced to up to twenty (20) years and a $1,000,000 fine.



(b)  The weight of the evidence against the defendant.

On August 8, 2000, officers were investigating a complaint of animal abuse at the location that Defendant was arrested. Defendant however absconded. The next day the officers returned and observed through a window, Defendant and another individual "cooking" crack cocaine. The officers entered, recovered the crack, and arrested the Defendant and the other individual. While waiting in the back of an officer's vehicle, Defendant and the other individual discussed the type of sentence that they could receive, discussed a story that both would tell, and talked about an alias name that Defendant would use since he was on probation. This conversation was recorded on audio tape.

Special Agent Gregory McDermott of the Federal Bureau of Investigation a law enforcement officer for 10 years (5 years as a Special Agent and 5 years as a Federal Police Officer) and a Special Agent with a college degree in criminology, affirmed the Government's proffer.

(c)  The history and characteristics of the defendant (from Pretrial Services Report).

Defendant was born in Miami, Florida on August 1, 1978. He has resided with his mother in Fort Lauderdale, Florida for the past 10 years. Defendants parents and nine of his siblings reside in the south Florida. On sibling live in Haiti. Defendant has no assets. Defendant states that he has been employed by a Fort Lauderdale landscaping service for one month. Defendant was on State probation at the time of the alleged offense.

(d)  The nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

Defendant's alleged offense is for the possession and intent to distribute crack cocaine. He is therefore a danger to the community.

Considering the foregoing, it is hereby **ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant is detained without prejudice and may at any time petition this Court to reconsider this order of detention.

The Court also directs that the defendant be afforded reasonable opportunity for private

consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED in Chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this ___ day of September, 2000.

ANN E. VITUNAC
United States Magistrate Judge

Copies to:
AUSA
AFPD
U.S. Marshal
U. S. Pretrial Services