cda
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6232-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WELDON BELIDOR,

    Defendant.

_____/

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant, Weldon Belidor, through undersigned counsel, invokes the rights to remain silent and to counsel with respect to any and all interrogation, regardless of the subject matter. *See McNeil v. Wisconsin,* 111 S.Ct. 2204, 2212 (1992) (Stevens, J., dissenting).

                      KATHLEEN M. WILLIAMS
                      FEDERAL PUBLIC DEFENDER

By: _____
        Robert E. Adler
          Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 259942
        400 Australian Avenue, Suite 300
        West Palm Beach, FL 33401
        TEL:(561) 833-6288/FAX:(561) 833-0368



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this _11_ day of September, 2000, to Assistant United States Attorney Roger W. Powell, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33301.

_____
Robert E. Adler