cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6232-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WELDON BELIDOR,

    Defendant.

_____/

DEMAND FOR DISCLOSURES OF EXPERT WITNESS SUMMARIES

The defendant, Weldon Belidor, through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(E) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

                                                  KATHLEEN M. WILLIAMS
                                                FEDERAL PUBLIC DEFENDER

By: _____
                          Robert E. Adler
                            Assistant
                            Federal Public Defender
                            Attorney for Defendant
                            Florida Bar No. 259942
                            400 Australian Avenue, Suite 300
                            West Palm Beach, FL 33401
                            TEL:(561) 833-6288/FAX:(561) 833-0368



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this __11__ day of September, 2000, to Assistant United States Attorney Roger W. Powell, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33301.

_____
Robert E. Adler