# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA  499252

UNITED STATES OF AMERICA

V.

WELDON BELIDOR

## WARRANT FOR ARREST

CASE NUMBER: 00-6232-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **WELDON BELIDOR**
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment |  | Information |  | Complaint |  | Order of court |  | Violation Notice |  | Probation Violation Petition |

**charging him or her with** (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CRACK COCAINE AND POSSESSION WITH INTENT TO DISTRIBUTE CRACK COCAINE.

in violation of Title  21  United States Code, Section(s)  841(a)(1) & 846

| | |
|---|---|
| Clarence Maddox | Court Administrator/Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Jenny Butler | August 17, 2000    Fort Lauderdale, Florida |
| Issuing Officer | Date and Location |

Bail fixed at $ **PRETRIAL DETENTION Requested** by **LURANA S. SNOW**
**UNITED STATES MAGISTRATE JUDGE**
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/17/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | /s/ |
| DATE OF ARREST |  |  |
| 8/30/00 |  | Edward Purchase, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____
ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____
COMPLETE DESCRIPTION OF AUTO: _____
_____
INVESTIGATIVE AGENCY AND ADDRESS:    FBI, 16320 NW 2ND AVE., N. MIAMI, FL 33169
_____