# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 10/10/2000   TIME: 9:30 AM

DEFT. WELDON BELIDOR (J)           CASE NO. 00-6232-CR-HURLEY/VITUNAC(s)
(Deft. not required)
AUSA. _Bruce Reinhart_ / ROGER POWELL       ATTY. _Marty Biswill_ / FEDERAL PUBLIC DEFENDER

AGENT. _____                  VIOL. 21:841(a)(1), 846

PROCEEDING STATUS/DISCOVERY CONF.   BOND. PRETRIAL DETENTION

DISPOSITION _Status/Discovery held_

Parties present.

Discovery Out

No Pending Motions

Defense request 1 week to file pretrial motions —
Court grants request to 10-17-00.

DATE: 10-10-00          TAPE: AV 00-73-921

19