# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 11/15/2000   TIME: 9:30 AM

DEFT. WELDON BELIDOR (JY#55450-004)   CASE NO. 00-6232-CR-HURLEY/VITUNAC(s)

AUSA. ~~ROGER POWELL~~ James Hopkins ✓   ATTY. ROBERT ADLER, AFPD ✓

AGENT. _____   VIOL. 21:841(a)(1), 846

PROCEEDING STATUS RE: COUNSEL   BOND. PRETRIAL DETENTION

DISPOSITION Status held

Deft. present with counsel

Deft states he is now satisfied with

counsel's representation & moves to withdraw

letter.

Court treats letter as motion which is

hereby denied.

DATE: 11-15-00   TAPE: AEV 00-83-3013