cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION
Case No. 00-6232-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WELDON BELIDOR,

    Defendant.

_____/

## CHANGE OF PLEA

A change of plea in the above-captioned case is set for Friday, February 2, 2001 at 9:30 a.m. before Judge Hurley, in West Palm Beach, Florida.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Robert E. Adler
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
400 Australian Avenue, Suite 300
West Palm Beach, FL 33401
TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this _2c_ day of ~~September, 2000~~ January 2001, to Assistant United States Attorney Roger W. Powell, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33301.

_____
Robert E. Adler