*CRIMINAL MINUTES*

FILED by _____ D.C.
FEB - 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

===========================================

Case No. _00-6232-CR_  Date _February 2, 2001_

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: _English_   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. _Weldon Belidor_

AUSA: _Ellen Cohen for Roger W. Powell_   DEFENSE COUNSEL: _AFPD Robert Adler_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count I of the indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _Sentencing date set for Friday, April 20, 2001, at 8:30 a.m._

RA
JL