PROB 12C
(SD/FL 3/05)



SD/FL PACTS NO. 65221

FILED by _____ D.C.

JUL 27 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06232-001

## PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Weldon Belidor

Name of Sentencing Judicial Officer: The Honorable Daniel T. K. Hurley, Judge, U.S. District Court, West Palm Beach, Florida

Date of Original Sentence: April 20, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute Cocaine Base, 21 U.S.C. § 841(a)(1) and 846, a class B felony. |
| Original Sentence: | Eighty-seven (87) months custody of the Bureau of Prisons followed by four (4) years supervised release. Special conditions: 1. Participate in an approved treatment program for drugs and/or alcohol abuse. 2. Maintain full-time, legitimate employment and cannot be unemployed for a term of more than 30 days, participate in Gambler's Anonymous as directed by the U.S. Probation Officer. |

Type of Supervision: Supervised Release          Date Supervision Commenced: June 1, 2006

Assistant U.S. Attorney:                        Defense Attorney:
Roger Powell                                    Robert Adler, AFPD

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to submit to drug testing. On June 26th, July 11th, July 17th and July 18th 2006, the defendant failed to submit to drug testing as scheduled by the Code-A-Phone. |
| 2. | **Violation of Standard Condition**, by failing to report to the probation officer as directed. On July 6, 2006, during a telephonic communication, the defendant was instructed to report to the U.S. Probation Office on Friday, July, 7, 2006, and he failed to comply. |



PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 65221

3. **Violation of Standard Condition**, by failing to work regularly at a lawful occupation. Since on or about, June 1, 2006, the defendant has failed to work regularly as required.

4. **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five (5) days of each month. The defendant has failed to submit a written monthly report for the month of June 2006.

5. **Violation of Special Condition**, by failing to participate in an approved treatment program. On or about July 10, 2006, the defendant was unsuccessfully discharged by Stephen Barber, Psy. D., with Compass Programs, Inc., for failure to attend the program.

6. **Violation of Special Condition**, by failing to participate in Gambler's Anonymous. Since on or about June 9, 2006, the defendant has failed to attend Gambler's Anonymous, as directed by the probation officer.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be  
[X] revoked.  
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  24th day of July 2006

_____  
Diane Acquaviva  
U.S. Probation Officer  
Phone: (954) 769-5573

THE COURT ORDERS:

[ ] No Action  
[X] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

_____  
Signature of Judicial Officer

July 26, 2006  
_____  
Date