UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>0:00CR06232-001</u>



FILED by _____ D.C.

JUL 27 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

U.S.A. vs Weldon Belidor

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Weldon Belidor || SEX<br>Male | RACE<br>Black | AGE<br>27 |
| ADDRESS (STREET,CITY,STATE)<br>3193 N.W. 41st Street, Lauderdale Lakes, Florida 33309 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court/Southern District of Florida ||| DATE IMPOSED<br>April 20, 2001 ||
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable Daniel T. K. Hurley, Judge<br>U.S. District Court, West Palm Beach, Florida |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK || DATE<br>July 27, 2006 ||
| RETURN |||||
| **Warrant received and executed.** | DATE RECEIVED ||| DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) |||||
| NAME | (BY) |||  DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u>;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."



CONFIDENTIAL
DO NOT FILE DO NOT SCAN
RETURN TO PROBATION

## Personal History of Absconder

SD/FL PACTS#: 65221

| | |
|---|---|
| **TO:** | U.S. MARSHALS, Warrant Supervisor |
| **FROM:** | ACQUAVIVA, DIANE<br>6100 HOLLYWOOD BOULEVARD, SUITE 501<br>HOLLYWOOD, FL 33024-7938<br>(954) 769-5573 |
| **RE:** | BELIDOR, WELDON |

**SEX:** M  **RACE:** BLACK
**DOB:** 8/1/1978  **POB:** MIAMI, FLORIDA
**HEIGHT:** 5'11  **WEIGHT:** 170
**EYES:** BROWN  **HAIR:** BLACK
**Aliases:** WELDEN BELIDOR
**Complexion** (Scars, Tattoos, Deformities, other ID marks):
  LEFT FOREARM - CROSS W/ MOTHER'S INITIAL &

**FBI:** 211937FB3  **SSN:** 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
**MRSH:** 55450-004  **INS:** NONE
**FDLE:** 04533328
**Type of supervision:** TSR

**In custody now:** NO
**Drug use:** YES  **Drug:** ALCOHOL
**Mental Health:** NO  **Medications:**
**Last face-to-face contact (date):** 06/16/2006
**Does subject know warrant has been issued?:** NO

### CURRENT ADDRESS
3193 NW 41 Street, Lauderdale Lakes, FL 33309
**Address history**

### CURRENT PHONES
954-739-7527(H)

**Phone history**

**CURRENT EMPLOYMENTS**

**CURRENT VEHICLES**

---

**Current offense:** COCA

**Nature, place and date of last known arrest and next court appearance:**

**Violent history:** NO

**Known co-defendants and associates and areas subject may frequent (names, aliases, addresses):**

**Known family and relatives(name, relation, address, phone no.):**
SUBJECT RESIDES WITH SISTER, ROSELENE BLANC AT LISTED ADDRESS.