# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

add on in Court

DEFT: Wetdon Belidor (D)#   CASE NO: 00-6232-CR-Hurley
AUSA: Roger Powell   ATTY: FPD: Bob Adler
AGENT: USPO: Diane Acquaviva   VIOL: Supervised Release Violation
PROCEEDING: Initial Appearance of SR violation   RECOMMENDED BOND: $50,000 Corp. Surety
BOND HEARING HELD - yes / no   COUNSEL APPOINTED:
BOND SET @: $10,000 Corp Surety   To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

FILED INTAKE 2006 CLARENCE MADDOX CLERK U.S. DIST CT S.D. OF FLA - Ft. LAUD

FPD - Reappointed
∆ - advised of Charges.
Bond hrg held today.
(If a co-signor (like father who has property) will sign - Court may Consider modification)

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:    # Final Revocation set before Judge Hurley
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 8-9-06   TIME: 11:00am   FTL/LSS TAPE # 06-026   Begin: 2614   End: 2700

Recall 2985-3663
06-027 / 498