UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-cr-Hurley

FILED by INTAKE  D.C.
2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

vs

Weldon Belidor

O R D E R

X / Appointing Counsel
___ / Ratifying Prior Service
___ / Extending Appointment
      for Appeal
___ / Substituting Counsel

_____
(prior counsel)

CHARGE: Violation of Supervised Release

__/Felony          ____/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL  33301
Phone:  954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 9 day of August, 2006.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:  AUSA
     FPD
     Pretrial Services