ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6232-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WELDON BELIDOR,

    Defendant.

_____/

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Dave Lee Brannon
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 297941
400 Australian Avenue, Suite 300
West Palm Beach, Florida 33401
Telephone: (561)833-6288
Fax: (561)833-0368
E-Mail: Dave_Brannon@fd.org

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 11th day of August, 2006, to the United States Attorney's Office, 500 Australian Avenue S., Suite 400, West Palm Beach, FL 33401.

_____
Dave Lee Brannon