UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-Cr-Hurley/Vitunac (s)

UNITED STATES OF AMERICA

    Plaintiff,

VS.

**WELDON BELIDOR   (J)**

    Defendant.

**NOTICE OF HEARING**

TYPE OF CASE:        ( ) CIVIL        (XX) CRIMINAL

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| U.S. DISTRICT COURT<br>300 SOUTH SIXTH STREET<br>FORT PIERCE, FLORIDA | **COURTROOM #108 (1st FLOOR)**<br>DATE AND TIME:<br>**WEDNESDAY, 8-23-06 @ 10:00 AM** |

TYPE OF PROCEEDING:

**FINAL HEARING ON VIOLATION OF SUPERVISED RELEASE**

( ) TAKE NOTICE that the proceeding in this case has been **continued** as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

                    ANN E. VITUNAC
                    U.S. MAGISTRATE JUDGE

DATE: AUGUST 16, 2006

                    (BY) MAGISTRATE COURTROOM DEPUTY

TO:    ROBERT ADLER, AFPD
       UNITED STATES ATTORNEY (ROGER POWELL)
       UNITED STATES MARSHAL
       UNITED STATES PROBATION & PRETRIAL SERVICE

