UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-CR-HURLEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WELDON BELIDOR,

    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____
Robert E. Adler
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 259942
400 Australian Ave. N., Suite 300
West Palm Beach, FL 33401
TEL: (561) 833-6288
FAX: (561) 833-0368
*Robert_Adler@FD.org*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 22 day of August, 2006, to Roger Powell Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301-3002.

_____
Robert E. Adler