# COURT MINUTES

UNITED STATES MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 08/23/2006  TIME: 10:00 AM

DEFT. WELDON BELIDOR (J)  CASE NO. 00-6232-Cr-Hurley/Vitunac(s)

PRISONER#  LANGUAGE  ENGLISH

AUSA. Kerry Baron / ROGER POWELL  ATTY. ROBERT ADLER, AFPD

AGENT. DIANE ACQUAVIVA-PROBATION  VIOL. VIOL. OF SUPERVISED RELEASE

PROCEEDING FINAL HEARING ON VIOL. OF SUPERVISED RELEASE  BOND. $10,000 CSB (LSS)

DISPOSITION

Deft present with counsel, & admits to all 6 violations.

R&R to follow

Sentencing to be set before Judge Hurley

DATE: 8-23-06   TAPE: AV 06-57-2798