PROB 19a                                                                                                SD/FL PACTS No. 65221

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:00CR06232-001

U.S.A. vs Weldon Belidor

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. |||||
| NAME OF SUPERVISED RELEASEE<br>Weldon Belidor || SEX<br>Male | RACE<br>Black | AGE<br>27 |
| ADDRESS (STREET,CITY,STATE)<br>3193 N.W. 41st Street, Lauderdale Lakes, Florida 33309 |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court/Southern District of Florida |||| DATE IMPOSED<br>April 20, 2001 |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>The Honorable Daniel T. K. Hurley, Judge<br>U.S. District Court, West Palm Beach, Florida |||||
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK || DATE<br>July 27, 2006 ||

| RETURN ||||
|---|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>7/27/06 || DATE EXECUTED<br>8/9/06 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, Fl ||||
| NAME   Christina Pharo, US Marshal<br>         S/D  FL | (BY)<br>Mark O'Loughlin  SDUSM || DATE<br>8/9/06 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."