UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6232-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WELDON BELIDOR,

    Defendant.
_____/



## REPORT AND RECOMMENDATION

The Defendant, WELDON BELIDOR, appeared before the Court this day, represented by Robert Adler. The Defendant was initially convicted for violation of 21 U.S.C. §§ 841(a)(1) and 846. After serving the prison portion of his sentence, the Defendant was put on supervised release for four years. The Defendant is now charged with violating his supervised release by: (1) refusing to submit to drug testing scheduled by the Code-A-Phone system on June 26, 2006, July 11, 2006 and July 18, 2006; (2) failing to report to the probation officer as directed on July 7, 2006; (3) failing to work regularly at a lawful occupation; (4) failing to submit a truthful and complete written monthly report for the month of July 2006; (5) failing to participate in an approved treatment program; and 6) failing to participate in the Gambler's Anonymous program as directed by the probation officer. The Defendant admits the violations and wishes to proceed to sentencing as soon as possible.

The Clerk is ORDERED to set this matter before the sentencing calendar of the Honorable United States District Daniel T.K. Hurley.

This Court also directs that the Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 31 day of August, 2006.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Roger Powell
Robert Adler, Esq.
United States Marshal
United States Probation Office

This Court also directs that the Defendant be afforded reasonable opportunity for private consultation with counsel; and the Court directs that, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T.K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir.1982) cert. denied, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 31 day of August, 2006.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Roger Powell
Robert Adler, Esq.
United States Marshal
United States Probation Office