Case 0:00-cr-06232-DTKH   Document 37   Entered on FLSD Docket 09/12/2006   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

WELDON BELIDOR,
    Defendant.
_____/



FILED by _____ D.C.
SEP - 6 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### NOTICE SETTING SENTENCING HEARING

    **TAKE NOTICE** that, by order of United States District Judge Daniel T. K. Hurley, the sentencing hearing for violating the conditions of supervision in the above captioned case, has been set for **Friday, October 6, 2006, at 11:00 a.m.**, *tentatively*, at the U.S. Courthouse, Courtroom 205C, 299 E. Broward Blvd., Fort Lauderdale, FL. Counsel representing the parties should contact the courtroom deputy at 561/803-3450, at least 48 hours prior the the hearing, to verify the location.

    **DATED THIS** 6th day of September, 2006.

**copy furnished:**
AUSA Roger Powell
AFPD Robert E. Adler
United States Probation Office
United States Marshal Services

James E. Caldwell, Sr.
Courtroom Deputy

