UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-CR-HURLEY

UNITED STATES OF AMERICA,
Plaintiff,

v.

WELDON BELIDOR,
Defendant.
_____/

## JUDGMENT ORDER UPON A VIOLATION OF SUPERVISION

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. On October 6, 2006, the court held a hearing and subsequently concluded that, after being placed on Supervised Release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, the defendant violated the conditions of supervision. For that reason and the reasons set forth on the record, it is

**ORDERED** and **ADJUDGED** that:

The term and conditions of Supervised Release are **reinstated** with the following **added conditions:**

1. The defendant shall reside at a Community Correctional Center/ Half-Way House, as designated by the United States Probation Office, for a minimum period of three (3) months or until otherwise released at the direction of the United States Probation Officer.

2. The defendant shall maintain full-time, legitimate employment and not to be unemployed

for a term of more than 30 days unless excused by the United States Probation Office. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the United States Probation Officer.

    3. All remaining terms and conditions of supervision previously imposed are reimposed, with the following exceptions: The conditions for substance abuse treatment and treatment for gambling are deleted.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 11th day of October, 2006.

**copy furnished:**
AUSA Lauren Jorgensen
AUSA Roger W. Powell
AFPD Robert E. Adler
United States Probation Office
United States Marshal Service

Daniel T. K. Hurley
United States District Judge