for a term of more than 30 days unless excused by the United States Probation Office. Further, the defendant shall provide documentation including, but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and other documentation requested by the United States Probation Officer.

3. All remaining terms and conditions of supervision previously imposed are reimposed, with the following exceptions: The conditions for substance abuse treatment and treatment for gambling are deleted.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___11___ day of October, 2006.

**copy furnished:**
AUSA Lauren Jorgensen
AUSA Roger W. Powell
AFPD Robert E. Adler
United States Probation Office
United States Marshal Service



Daniel T. K. Hurley
United States District Judge

**"No Further Action Required by United States Marshal"**



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date _Oct. 12, 2006_

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6232-CR-HURLEY

UNITED STATES OF AMERICA,
     **Plaintiff,**

v.

**WELDON BELIDOR,** *55450 004*
     **Defendant.**

--------------------------------------------/

## JUDGMENT ORDER UPON A VIOLATION
## OF SUPERVISION

    **THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendation of a United States Magistrate Judge. On October 6, 2006, the court held a hearing and subsequently concluded that, after being placed on Supervised Release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, the defendant violated the conditions of supervision. For that reason and the reasons set forth on the record, it is

    **ORDERED** and **ADJUDGED** that:

    The term and conditions of Supervised Release are **reinstated** with the following **added conditions:**

    1.  The defendant shall reside at a Community Correctional Center/ Half-Way House, as designated by the United States Probation Office, for a minimum period of three (3) months or until otherwise released at the direction of the United States Probation Officer.

    2.  The defendant shall maintain full-time, legitimate employment and not to be unemployed