# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 3/2/07   TIME: 10:00AM

DEFT. WELDON BELIDOR (J)   CASE NO. 00-6232-Cr-HURLEY

LANGUAGE: ENGLISH   PRISONER NO.: 55450-004

AUSA. ROGER POWELL   ATTY. Peter Birch, AFPD

AGENT. DIANE ACQUAVIVA - USPO   VIOL. SUPERVISED RELEASE VIOL.

PROCEEDING INITIAL   BOND. NO BOND (GOVT REQUEST)

FUTURE DATES: _____

DISPOSITION Defendant advised of rights; Federal Public Defender appt'd. No bond set. Deft admitted to charges. Court finds deft knowingly + voluntarily admitted to charges + finds deft in violation + will recommend that the District Court proceed to sentencing.

DATE: 3/2/07   TIME: ____   TAPE: LRJ-07 - 14-844