UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-Cr-HURLEY

UNITED STATES OF AMERICA

    Plaintiff,

v.

WELDON BELIDOR,

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**

AUSA Roger Powell      Language ENGLISH
Agent Diane Acquaviva - USPO      Tape No. LRJ-07-14-844

The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on March 2, 2007 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address: _____
    Zip Code: _____ Telephone: _____
2. **FEDERAL PUBLIC DEFENDER** appointed counsel of record.
    Address: 400 Australian Avenue North, West Palm Beach, Florida
    Zip Code: 33401 Telephone: 561-833-6288
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2007.
4. **PRELIMINARY/PROBABLE CAUSE** is set for N/A Defendant admitted to charges , 2007.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
    A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10:00am , 2007.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
    **No Bond set**

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances

    prohibited by law.
___ d. Maintain or actively seek full time gainful employment.
___ e. Maintain or begin an educational program.
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew: _____
___ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___ j. Comply with the following additional special conditions of this bond:
_____
_____

    This bond was set: At Arrest _____
                     On Warrant _____
                     After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at __West Palm Beach, Florida__, this __2nd__ day of __March__, 2007.

                                                          *Linnea Johnson*
                                              **UNITED STATES MAGISTRATE JUDGE**
                                                   LINNEA R. JOHNSON

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation