UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-HURLEY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WELDON BELIDOR,

        Defendant.   /

## *REPORT AND RECOMMENDATION*

**THIS CAUSE** came before the Court on March 2, 2007, for a hearing on alleged violation of supervised release. The defendant is charged with violations of his supervised release:

1. Violation of mandatory condition, by failing to report to the probation officer as directed.

On October 6, 2006, upon completion of the hearing for final revocation of supervised release, the Defendant was instructed by U. S. Probation Officer, David Sutherland, to report to the U. S. Probation Office on Tuesday, October 10, 2006, and he failed to comply.

2. Violation of standard condition, by failing to notify the Probation Office of any change in residence.

On or about October 6, 2006, the Defendant moved from his approved residence located at 3193 N.W. 41st Street, Lauderdale Lakes, Florida, and his whereabouts is unknown.

3. Violation of standard condition, by failing to participate in the community correction center.

On October 6, 2006, the Defendant was ordered by the Court to participate in the community correctional center, and he failed to comply.

The Defendant consulted with counsel and admitted to violating the conditions of supervised release. The Court having found that the defendant voluntarily and knowingly admitted to the violation of his supervised release. Based upon this finding, this Court recommends to the District Court that Weldon Belidor be found in violation of his supervised release and recommends that the United States District Court proceed to sentencing in this matter.

Pursuant to 28 U.S.C. §636(b)(1)(B)and (C), the parties shall serve and file written objections, if any, with the Honorable Daniel T. K. Hurley, United States District Court Judge within ten (10) days from the date of this report and recommendation.

**DONE AND SUBMITTED** in Chambers at West Palm Beach, Florida, this 6th day of March, 2007.

                                                     **LINNEA R. JOHNSON**
                                                     **UNITED STATES MAGISTRATE JUDGE**

Copies provided to:

The Honorable Daniel T. K. Hurley
Roger Powell, AUSA
Federal Public Defender, AFPD
Diane Acquaviva, USPO