2007 MAR -7 AM 11:41

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **00CR6232-001-HURLEY**

UNITED STATES OF AMERICA

vs.

**Weldon Belidor,**

_____/

NOTICE OF PERMANENT
APPEARANCE OF COUNSEL
OF RECORD

TRIAL ONLY: ✓

TRIAL AND APPEAL: _____

COMES NOW **Arthur Wallace** and files this appearance as counsel for the above named defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(d) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorney.

Counsel acknowledges responsibility to advise the defendant of the right of appeal, and if signed on to represent the defendant through appeal, to file a timely notice of appeal if requested to do so by the defendant, and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATE: **3.7.7**          BAR NO. **769479**

ATTORNEY: (Print Name) **Arthur Wallace**

SIGNATURE: _[signed]_

ADDRESS: **2455 E. Atlantic Blvd #400**

CITY: **Pompano Bch**   STATE: **FL**   ZIP CODE: **33062**

TELEPHONE NO. **(954) 943-2020**

The undersigned defendant hereby consents to the representation by the above counsel.

_____

permcsl.not