PROB 19a

SD/FL PACTS No. 65221

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06232-001



FILED by _____ Prob-FTL
NOV 16 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

U.S.A. vs Weldon Belidor

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

499252

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Weldon Belidor | Male | Black | 27 |

| ADDRESS (STREET, CITY, STATE) |
|---|
| 3193 N.W. 41st Street, Lauderdale Lakes, Florida 33309 |

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court/Southern District of Florida | April 20, 2001 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE) |
|---|
| The Honorable Daniel T. K. Hurley, Judge U.S. District Court, West Palm Beach, Florida |

U.S. PROBATION OFFICE FT. LAUDERDALE RECEIVED 2006 NOV 6 PM 2:05

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | J.L. ML | Nov. 6, 2006 |

### RETURN

| Warrant received and executed. | DATE RECEIVED 11/6/06 | DATE EXECUTED 2/25/07 |
|---|---|---|

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS Ft. Lauderdale, FL |

| NAME Christina Pharo, US Marshal S/D FL | (BY) Sabrina Livingston, ASDUSM | DATE 2/25/07 |
|---|---|---|

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

**SCANNED**