UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.

**WELDON BELIDOR,**
    **Defendant.**
_____/

## NOTICE OF HEARING

**TAKE NOTICE** that the Sentencing on violations of supervised release in the above cited case is hereby set for **Friday, March 16, 2007 at 4:30 p.m.,** before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom No. 5, 701 Clematis Street, West Palm Beach, Florida. For updated court information, counsel may visit the unofficial Web site at http://us.geocities.com/uscts or may call directly to the courtroom deputy at 561/803-3452.

**DATED THIS** 8th day of March, 2007.

                                          /s/Irene Rivera for
                                          James E. Caldwell, Sr.
                                          Courtroom Deputy

**copy furnished:**
AUSA Lothrop Morris
Arhur Wallace, Esq.
United States Probation Office
United States Marshal's Service