UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE # __0:00CR06232-001__

VS.                          REPORT COMMENCING CRIMINAL ACTION

__WELDON BELIDOR__           PRISONER # __55450-004__

*************************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: __3/2/07__

2) LANGUAGE(S) SPOKEN: __ENG__

3) OFFENSE(S) CHARGED: __VIOL SUPV REL.__

4) U.S. CITIZEN [✓] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: __08/01/78__

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT       [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [✓] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # __0:00CR06232-001__

   ORIGINATING DISTRICT: __S/FL__

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

7) AMOUNT OF BOND: _____ WHO SET BOND _____

8) ARRESTING AGENT: __Mangur__    DATE: __3/2/07__

9) AGENCY __USMS__    PHONE: __655-1827__