UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

WELDON BELIDOR,
    Defendant.
_____/

### NOTICE RESETTING HEARING

**TAKE NOTICE** that the sentencing hearing for violating the conditions of supervision in the above captioned case has been reset to **Friday, April 6, 2007, at 2:00 p.m.**, before the Honorable Daniel T. K. Hurley, United States District Judge, at the U. S. Courthouse, Courtroom 5, 701 Clematis Street, West Palm Beach, Florida.

**DATED THIS** 28th day of March, 2007.

*/s/ James E. Caldwell*
James E. Caldwell, Sr.
Courtroom Deputy

**copy furnished:**
AUSA Roger Powell
Arthur L. Wallace, III, Esq.
U.S. Probation Office, WPB, FL
U.S. Marshal Service