# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

================================

Case No. **00-6232-CR.**  Date: **April 6, 2007**
(Start Time: **2:30 p.m.**)  (End Time: **2:50 p.m.**)

Courtroom Deputy: James E. Caldwell    Court reporter: Pauline Stipes

Language Spoken: **English**    Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. **Weldon Belidor**

AUSA: **Bruce E. Reinhart for Roger W. Powell**    DEFENSE COUNSEL: **Arthur L. Wallace, III**

TYPE OF HEARING: **Sentencing hearing for violating the Conditions of Supervision.**

RESULTS OF HEARING: **The defendant was sentenced to 70 imprisonment for 1 year and 1 Day. Upon the completion of this term of imprisonment, supervision shall be terminated.**

Misc.: