UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6232-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

WELDON BELIDOR,
    Defendant.
_____/

## JUDGMENT & COMMITMENT ORDER
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on April 6, 2007. The above named defendant having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **1 year and 1 day.** *(The court recommend the term of imprisonment be served at a facility that would allow the defendant to complete the GED program.)*

2. Upon the completion of this term of imprisonment, supervision shall be terminated.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 10th day of April, 2007.

copy furnished:
AUSA Bruce E. Reinhart
Arthur L. Wallace, III, Esq.
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge